**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Gina Marquez

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE A. HENRY, ) | 1:06- CV-00554 AWI SMS |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXTEND TIME |
| JO ANNE B. BARNHART, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Plaintiff did not meet the deadline for sending plaintiff's confidential letter which was due September 24, 2006, and is therefore requesting that Plaintiff shall have until October 27, 2006 in which to send her confidential letter.

Dated: October __18__, 2006        /s/ Robert Ishikawa
                                   _____
                                   ROBERT ISHIKAWA
                                   Attorney for Plaintiff, CAROLE A. HENRY

Dated: October __18__, 2006        /s/ Kristi Kapetan
                                   _____
                                   KRISTI KAPETAN
                                   Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: 10/19/2006

                                    /s/ Sandra M. Snyder
                                    _____
                                    THE HONORABLE SANDRA M. SNYDER
                                    United States Magistrate Judge

1