1  **ROBERT ISHIKAWA - 90621**
   Bromberg & Ishikawa
2  5707 N. West Avenue
   Fresno, California 93711
3  Telephone: (559) 431-5700

4  Attorney for Carole A. Henry

5

6  **IN THE UNITED STATES DISTRICT COURT FOR THE**

7  **EASTERN DISTRICT OF CALIFORNIA**

8

9  CAROLE A. HENRY,                )        1:06- CV-00554 AWI SMS
                                   )
10              Plaintiff,         )
                                   )        STIPULATION AND ORDER TO
11         v.                      )        EXTEND TIME
                                   )
12  JO ANNE B. BARNHART,           )
    Commissioner of Social Security,)
13                                 )
                Defendant.          )
14  _____)

15         Plaintiff can not meet the deadline for filing plaintiff's opening brief which is due on

16  January 5, 2007, and is therefore requesting that Plaintiff shall have until February 5,

17  2007 in which to file her opening brief.

18

19  Dated: January   5  , 2007        /s/ Robert Ishikawa
                                      _____
20                                    ROBERT ISHIKAWA
                                      Attorney for Plaintiff, CAROLE A. HENRY
21
    Dated: January   8  , 2007        /s/ Kristi Kapetan
22                                    _____
                                      KRISTI KAPETAN
23                                    Assistant U.S. Attorney

24  IT IS SO ORDERED.

25

26  Dated:  1/8/2007

27                                     /s/ Sandra M. Snyder
                                       THE HONORABLE SANDRA M. SNYDER
28                                     United States Magistrate Judge

1