1  **ROBERT ISHIKAWA - 90621**
   Bromberg & Ishikawa
2  5707 N. West Avenue
   Fresno, California 93711
3  Telephone: (559) 431-5700

4  Attorney for Carole A. Henry

5

6  **IN THE UNITED STATES DISTRICT COURT FOR THE**

7  **EASTERN DISTRICT OF CALIFORNIA**

8

| | | |
|---|---|---|
| CAROLE A. HENRY, | ) | 1:06- CV-00554 AWI SMS |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | STIPULATION AND ORDER TO |
| v. | ) | EXTEND TIME |
|  | ) |  |
| JO ANNE B. BARNHART, | ) |  |
| Commissioner of Social Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

15  Plaintiff can not meet the deadline for filing plaintiff's opening brief which is due on February 5, 2007, and is therefore requesting that Plaintiff shall have until March 5, 2007 in which to file her opening brief.

19  Dated: February  _5_, 2007          /S/ ROBERT ISHIKAWA
                                        _____
                                        ROBERT ISHIKAWA
                                        Attorney for Plaintiff, CAROLE A. HENRY

21  Dated: February  _5_, 2007          /S/ THEO REAGANS
                                        _____
                                        THEO REAGANS
                                        Assistant U.S. Attorney

24  IT IS SO ORDERED.

26  Dated: 2/12/2007

                                         /s/ Sandra M. Snyder
                                        THE HONORABLE SANDRA M. SNYDER
                                        United States Magistrate Judge

1