UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE HENRY, | ) 1:06-cv-00554-AWI-SMS |
| | ) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS AND |
| v. | ) RECOMMENDATION RE: PLAINTIFF'S |
| | ) SOCIAL SECURITY COMPLAINT (DOCS. |
| MICHAEL J. ASTRUE, | ) 2, 29) |
| Commissioner of Social | ) |
| Security, | ) ORDER DENYING PLAINTIFF'S SOCIAL |
| | ) SECURITY COMPLAINT (DOC. 2) |
| Defendant. | ) |
| | ) ORDER DIRECTING THE ENTRY OF |
| | ) JUDGMENT FOR DEFENDANT MICHAEL J. |
| | ASTRUE AND AGAINST PLAINTIFF |
| | CAROLE HENRY |

        Plaintiff is represented by counsel and seeks judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying an application for disability benefits. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

        On January 24, 2008, the Magistrate Judge filed findings and a recommendation that the Plaintiff's social security complaint be denied and that the Clerk be directed to enter judgment for Defendant Michael J. Astrue and against Plaintiff Carole Henry.

1  The findings and recommendation were served on all parties on

2  January 24, 2008, and contained notice that any objections to the

3  findings and recommendations were to be filed within thirty (30)

4  days of the date of service of the order. No party filed any

5  objections.

6      In accordance with the provisions of 28 U.S.C. § 636

7  (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d

8  452, 454 (9th Cir. 1983), this Court has conducted a *de novo*

9  review of the case. Having carefully reviewed the entire file,

10 the Court finds that the findings and recommendation are

11 supported by the record and proper analysis.

12     Accordingly, IT IS HEREBY ORDERED that:

13     1. The findings and recommendation filed January 24, 2008,

14 are ADOPTED IN FULL; and

15     2. The Plaintiff's social security complaint IS DENIED; and

16     3. The Clerk of Court IS DIRECTED to enter judgment for

17 Defendant Michael J. Astrue and against Plaintiff Carole Henry.

18

19 IT IS SO ORDERED.

20 **Dated:    February 28, 2008              /s/ Anthony W. Ishii**
                                    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

2